Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MARQUES DeWAYNE WATKINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 07 0427 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION & ORDER |
| | ) | CONTINUING MOTION |
| v. | ) | HEARING DATE AND |
| | ) | MODIFYING BRIEFING |
| MARQUES DeWAYNE WATKINS, | ) | SCHEDULE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties hereby stipulate to the following:

1.      Defendant filed a motion to suppress on January 14, 2008, with the motion

to be heard on February 29, 2008..

2.      The parties hereby stipulate that the motion date shall be continued to

March 21, 2008, that the government's opposition is due March 5, 2008,

and that the defendant's reply is due on March 17, 2008.

3.      The continuance of the motion hearing is for the purpose of obtaining

additional discovery, including photographic evidence, and for the

government to have additional time to respond to the motion.

4.      The parties stipulate that time continue to be excluded pursuant to Local

Code E due to the pending motion, as well as Local Code T4, for

preparation of counsel.  18 U.S.C. 3161(h)(1)(F) and (h)(8)(B)(iv).

1

DATED: January 18, 2008          /s/ Tim Warriner
                                 Attorney for defendant, MARQUES
                                 WATKINS


DATED: January 18, 2008          /s/ Sean C. Flynn
                                 Assistant U.S. Attorney


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motion

hearing now scheduled for February 29, 2008 be continued to March 21,

2008 at 10:00 a.m..  The government's opposition is due on March 5,

2008, and the defendant's reply is due on March 17, 2008.  Time is

excluded pursuant to Local Code E due to the pending motion, as well as

Local Code T4, for preparation of counsel.  18 U.S.C. 3161(h)(1)(F) and

(h)(8)(B)(iv).


DATED: January 22,  2008          /s/ Edward J. Garcia
                                  UNITED STATES DISTRICT JUDGE