Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MARQUES DeWAYNE WATKINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07 0427 EJG |
| ) | |
| Plaintiff, ) | STIPULATION & ORDER |
| ) | VACATING MOTION DATE, |
| ) | SETTING STATUS |
| v. ) | CONFERENCE, AND |
| ) | EXCLUDING TIME |
| MARQUES DeWAYNE WATKINS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate to the following:

1. Defendant's motion to suppress evidence is currently scheduled for March 21, 2008. There is outstanding discovery, namely photographs, which counsel needs to review prior to any motion hearing or trial. In addition, time is needed for defense counsel to arrange to have the alleged controlled substance tested/analyzed.

2. In light of these issues, it is requested that the motion hearing date be vacated, without prejudice to it being reset at a later date, and that a status conference be scheduled for April 25, 2008.

4. The parties stipulate that time continue to be excluded pursuant to Local Code T4, for preparation of counsel. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: February 29, 2008        /s/ Tim Warriner
                                Attorney for defendant, MARQUES
                                WATKINS

DATED: February 29, 2008        /s/ Sean C. Flynn
                                Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing now scheduled for March 21, 2008 is vacated, and a status conference is set for April 25, 2008 at 10:00 a.m.. Time continues to be excluded to April 25, 2008 pursuant to Local Code T4, for preparation of counsel. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: March 3 , 2008           /s/ Edward J. Garcia
                                U. S. DISTRICT JUDGE