Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MARQUES DeWAYNE WATKINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 07 0427 EJG |
| ) | |
| Plaintiff, ) | STIPULATION & ORDER |
| ) | CONTINUING STATUS |
| ) | CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| MARQUES DeWAYNE WATKINS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate to the following:

1. A status conference is presently set for April 25, 2008. Defense counsel was recently advised that requested discovery items, namely photographs, will be made available. In addition, time is needed for defense counsel to arrange to have the alleged controlled substance tested/analyzed.

2. In light of these issues, as well as the parties' ongoing settlement discussions and preparation for pretrial motions and trial, it is requested that the status conference now set for April 25, 2008 be vacated, and that a status conference be set for **May 23, 2008 at 10:00 a.m..**

4. The parties stipulate that time should continue to be excluded to May 23, 2008 pursuant to Local Code T4, for preparation of counsel. 18 U.S.C. 3161(h)(8)(B)(iv).

1

DATED: April 22, 2008        /s/ Tim Warriner
                             Attorney for defendant, MARQUES
                             WATKINS

DATED: April 22, 2008        /s/ Sean C. Flynn
                             Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference now scheduled for April 25, 2008 be vacated, and that the matter be set for a status conference on May 23, 2008 at 10:00 a.m.  It is further ordered that time continue to be excluded to May 23, 2008 pursuant to Local Code T4, for preparation of counsel.  18 U.S.C. 3161(h)(8)(B)(iv).

DATED: April 22, 2008        /s/ Edward J. Garcia
                             UNITED STATES DISTRICT JUDGE