Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
MARQUES DeWAYNE WATKINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 07 0427 EJG |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCE |
| v. | ) ) | |
| MARQUES DeWAYNE WATKINS, | ) ) | |
| Defendant. | ) ) | |

The parties hereby stipulate to the following:

1. The present date for the pronouncement of judgment and sentence of Marques Watkins is August 29, 2008.

2. In order to provide additional time for the defendant to meet with the probation officer and provide materials to the probation officer, it is requested that judgment and sentence be continued to **October 10, 2008.** It is further requested that the court adopt the following schedule concerning completion of the presentence report:

| | |
|---|---|
| Motion for correction of the presentence report filed/served: | October 3, 2008 |
| Presentence report filed with court and disclosed to counsel: | September 26, 2008 |
| Written objections to the presentence report delivered to probation officer and counsel: | September 19, 2008 |
| Proposed presentence report disclosed to counsel: | September 5, 2008 |

1

DATED: July 11, 2008        s/ Tim Warriner
                            Attorney for defendant, MARQUES WATKINS

DATED: July 11, 2008        /s/ Sean C. Flynn
                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentence date for Marques Watkins of August 29, 2008 be vacated and that judgment and sentence shall take place on October 10, 2008 at 10:00 a.m.  The court adopts the schedule concerning the presentence report as set forth in paragraph 2 of the stipulation.

DATED: _July 17, 2008

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE