1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   MARQUES DeWAYNE WATKINS




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 07 0427 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCE |
| v. | ) | |
| MARQUES DeWAYNE WATKINS, | ) | |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. The present date for the pronouncement of judgment and sentence of Marques Watkins is October 10, 2008.

2. In order to provide additional time for the defendant to meet with the probation officer and provide materials to the probation officer, it is requested that judgment and sentence be continued to **October 31, 2008.** It is further requested that the court adopt the following schedule concerning completion of the presentence report:

| | |
|---|---|
| Motion for correction of the presentence report filed/served: | October 24, 2008 |
| Presentence report filed with court and disclosed to counsel: | October 17, 2008 |
| Written objections to the presentence report delivered to probation officer and counsel: | October 10, 2008 |
| Proposed presentence report disclosed to counsel: | October 3, 2008 |

1

| | |
|---|---|
| DATED: August 29, 2008 | s/ Tim Warriner<br>Attorney for defendant, MARQUES WATKINS |
| DATED: August 29, 2008 | /s/ Sean C. Flynn<br>Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the judgment and sentence date for Marques Watkins of October 10, 2008 be vacated and that judgment and sentence shall take place on October 31, 2008 at 10:00 a.m. The court adopts the schedule concerning the presentence report as set forth in paragraph 2 of the stipulation.

DATED: Sept 2, 2008          _____
                              UNITED STATES DISTRICT JUDGE

2