AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No:  2:07CR00427-01 |
| MARQUES DEWAYNE WATKINS | ) | |
| | ) | USM No:  17350-097 |
| Date of Original Judgment:  11/10/2008 | ) | |
| Date of Previous Amended Judgment: | ) | Timothy E. Warriner |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    100    months **is reduced to**   84  

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   11/10/2008
**IT IS SO ORDERED**.

| | | |
|---|---|---|
| Order Date: | 2/13/2010 | /s/ Edward J. Garcia |
| | | *Judge's signature* |
| Effective Date: | 2/13/2010 | EDWARD J. GARCIA, U . S. |
| | *(if different from order date)* | *Printed name and title* |