AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00427-EJG Document 42 Filed 02/28/12 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

United States of America
v.
MARQUES DEWAYNE WATKINS

Case No: 2:07CR00427-01

USM No: 17350-097

Date of Original Judgment: 11/5/2008

Tim Warriner

Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 100 months **is reduced to** 84.

Except as otherwise provided, all provisions of the judgment dated 11/05/2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 02/24/2012

/s/ Edward J. Garcia
*Judge's signature*

Effective Date: 02/24/2012

EDWARD J. GARCIA, U. S. DISTRICT JUDGE
*Printed name and title*

*(if different from order date)*